In this case a motion for reconsideration was filed on June 2, 1914, and is pending decision.

---

QUIÑONES, PLAINTIFF AND APPELLANT, *v.* VIVONI, DEFENDANT AND RESPONDENT.

APPEAL from the District Court of Mayagüez in an action on a promissory note.

No. 1101.—Decided May 22, 1914.

PROMISSORY NOTE—SURETIES—ABANDONMENT OF ACTION—ACTION AGAINST ONE SURETY.—This case is decided and the judgment appealed from reversed on the grounds of the opinion handed down today in Case No. 1100, *Quiñones* v. *Vivoni.*

The facts are stated in the opinion.
*Mr. José Benet* for the appellant.
*Mr. José de Diego* for the respondent.

MR. JUSTICE WOLF delivered the opinion of the court.

The essential facts of this case are exactly the same as in the case No. 1100 just decided, the suits differing only in amounts and payments. Therefore, a judgment will have to be rendered, following the lines of the judgment in case No. 1100, for the sum of $309 with interest thereon at 1 per cent from November 9, 1912, with costs and disbursements.

*Reversed.*

Chief Justice Hernández and Justices del Toro and Aldrey concurred.

Mr. Justice Hutchison took no part in the decision of this case.

In this case a motion for reconsideration was filed on June 3, 1914, and is pending decision.